# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **AMARJIT SINGH** | **CIVIL DOCKET NO. 3:26-CV-231** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BRIAN ACUNA, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Before the court is a petition for writ of <u>habeas</u> <u>corpus</u> filed on behalf of petitioner Amarjit Singh, ("Petitioner"), pursuant to 28 U.S.C. §2241.  Petitioner is a native and citizen of India who seeks release from detention.

According to the ICE detainee locator service,[1]  Petitioner is no longer detained and has either been deported or released.

Accordingly;

**IT IS ORDERED** that counsel for Petitioner and counsel for Respondents confirm whether the petition is moot and, if so, file an appropriate motion within **14** days.

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana, this the 11th day of June 2026.

_____
Mark L. Hornsby
U.S. Magistrate Judge

---

[1] https://locator.ice.gov/odls/#/search